UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Keion Shyiem Everett**  Docket No. 7:17-CR-62-1H

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keion Shyiem Everett, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 7, 2017, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Keion Shyiem Everett was released from custody on October 31, 2018, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 6, 2018, the defendant submitted to a urinalysis screening, and admitted to using marijuana and opiates on November 1, 2018. It is noted that at the time of sentencing on November 7, 2017, Everett was ordered to participate in the DROPS Program; however, due to Everett being released from Bureau of Prisons custody less than one week ago, the undersigned probation officer believes he would be better served by seeking treatment and employment than serving additional time in custody. At this time, it is respectfully recommended that the DROPS Sanction be removed from his conditions and the Probation Office be permitted to address these issues through other means. Everett has been referred for a substance abuse assessment and placed in the Surprise Urinalysis Program. He understands that continued use of controlled substances will result in further sanctions by the court.

**PRAYING THAT THE COURT WILL ORDER** that the supervised release condition imposing the DROPS Program be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5103
Executed On: November 6, 2018

Keion Shyiem Everett
Docket No. 7:17-CR-62-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___November___, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge